| | |
|---|---|
| 1 | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP |
| 2 | Meegan B. Brooks (CA 298570) |
| | Michael D. Meuti (CA 227939) |

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Meegan B. Brooks (CA 298570)
Michael D. Meuti (CA 227939)
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone:     628.600.2250
Facsimile:      628.221.5828
mbrooks@beneschlaw.com
mmeuti@beneschlaw.com

Attorneys for Defendants
Hismile, Inc. and Hismile Pty Ltd.

CLARKSON LAW FIRM, P.C.
Shireen M. Clarkson (SBN 237882)
sclarkson@clarksonlawfirm.com
Bahar Sodaify (SBN 289730)
bsodaify@clarksonlawfirm.com
Jiaming Zheng (SBN 363184)
jzheng@clarksonlawfirm.com
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER LEDESMA, HELEN TANAKA, LARRY JONES, CHRISTOPHER DEUEL, ANNE LYNN ELKIND, and ANNA IOFFE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Hismile, Inc. and Hismile Pty Ltd.,<br><br>Defendants. | Case No. 4:24-cv-03626-KAW<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE**<br><br>Complaint Filed:            October 23, 2025<br>Current Response Date:  November 6, 2025<br>New Response Date:       December 18, 2025 |

Pursuant to Local Rules 6-1 and 7-12, Plaintiffs Alexander Ledesma, Helen Tanaka, Larry Jones, Christopher Deuel, Anne Lynn Elkind, and Anna Ioffe (collectively, "Plaintiffs") and Defendants Hismile, Inc. and Hismile Pty Ltd., (collectively, "Defendants") (together with Plaintiffs, the "Parties"), respectfully submit this Joint Stipulation to extend the deadline for Defendants to respond to Plaintiffs' Second Amended Complaint (Dkt. 60), from November 6, 2025 to December 18, 2025, and to set a briefing schedule on Defendants' forthcoming motions.

In support of this Stipulation, the undersigned Parties state as follows:

1. On June 14, 2024, Plaintiffs Alexander Ledesma and Helen Tanaka filed this action against Hismile, Inc. (Dkt. 1.)

2. On September 3, 2024, Plaintiffs Alexander Ledesma, Helen Tanaka, Larry Jones, and Christopher Deuel filed an amended complaint against Defendants. (Dkt. 18.)

3. On December 16, 2024, Defendants filed three motions (the "Motions"), to dismiss the amended complaint and to strike Plaintiffs' nationwide class allegations. (Dkt. 29–31.) The Parties fully briefed the Motions (Dkt. 34–39; 41–45), and this Court heard oral argument on July 17, 2025. (Dkt. 53.)

4. On September 23, 2025, this Court entered the Order granting Defendants' respective motions to dismiss and to strike the class allegations with leave to amend. (Dkt. 57.)

5. On October 23, 2025, Plaintiffs filed a Second Amended Complaint (the "SAC") against Defendants. (Dkt. 60.)

6. Pursuant to Rule 15(a)(3) of the Federal Rules of Civil Procedure, Defendants' deadline to respond to the SAC is November 6, 2025.

7. The Parties have agreed to stipulate to extend Defendants' deadline to respond to the SAC and propose the following briefing schedule:

- Defendants' responsive pleadings: by December 18, 2025;
- Plaintiffs' oppositions/responses: by January 26, 2026;
- Defendants' replies: by February 27, 2026; and
- Hearing: April 16, 2026.

8. The requested extension and proposed schedule—due to scheduling conflicts in unrelated matters and upcoming federal holidays—will not prejudice either party in the litigation or affect case schedules because no other deadlines are currently pending. Accordingly, the Parties jointly request that

the responsive pleading deadline be extended to December 18, 2025 and for the Court to enter an order granting the stipulated briefing schedule.

9. Pursuant to L.R. 6-1 and 7-12, a proposed order is enclosed to effectuate this Stipulation, which involves forthcoming papers to be filed or lodged with the Court.

Dated: November 5, 2025                     Respectfully submitted,


                                                    *s/ Michael D. Meuti*
                                                  MEEGAN B. BROOKS (CA 298570)
                                                  MICHAEL MEUTI (CA 227939)
                                                  BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

                                                  Attorneys for Defendants
                                                  Hismile, Inc. and Hismile Pty Ltd.


Dated: November 5, 2025                     *s/ Shireen M. Clarkson*
                                                  Shireen M. Clarkson (SBN 237882)
                                                  Bahar Sodaify (SBN 289730)
                                                  Jiaming Zheng (SBN 363184)
                                                  CLARKSON LAW FIRM, P.C.

                                                  Attorneys for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: November 10, 2025

_____
Hon. Kandis A. Westmore
Magistrate Judge